121 A.3d 875

IN THE MATTER OF EDWARD R. BASSETTI, AN ATTORNEY
AT LAW (ATTORNEY NO. 006741987).

September 25, 2015.

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 15–179 of **EDWARD R. BASSETTI of SADDLE BROOK,** who was admitted to the bar of this State in 1987;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), *RPC* 1.15(b) (failure to promptly disburse funds), and *RPC* 1.15(d) (recordkeeping);

And the parties having agreed that respondent's conduct violated *RPC* 1.3, *RPC* 1.4(b), *RPC* 1.15(b), and *RPC* 1.15(d), and that said conduct warrants a censure or lesser discipline;

And the Disciplinary Review Board having determined that a censure is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2013–0361E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **EDWARD R. BASSETTI of SADDLE BROOK** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.